FILED
September 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003757615

2

JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA 95678
Telephone: (916) 786-7272

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

ALAN SHARAN JAMES AND MARIA GUADALUPE JAMES,

Debtors.

Case No. 11-41433-C-7
Chapter 7
Docket Control # JDM-001

Date: October 11, 2011
Time: 9:30 a.m.
Place: Courtroom 35, Dept. C
501 I Street, 6th Floor
Sacramento, CA 95814
Judge: Christopher M. Klein

**DEBTORS' MOTION FOR ORDER COMPELLING
TRUSTEE TO ABANDON DEBTOR'S BUSINESS
AS ASSET OF ESTATE [11 U.S.C. §§554(b), 721]**

Debtors ALAN and MARIA JAMES by and through their attorney of record, Edward A. Smith of the law firm of Dudugjian & Maxey, will and hereby do bring a Motion to Compel Trustee to Abandon the Estate's Interest in Debtors' real property located at: 702 Kensington Cir, Los Banos, California (hereinafter "subject real property") pursuant to 11 U.S.C. §§554(b) and 721 of

1

the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in the subject property on the following grounds:

1. The subject property is burdensome to the estate;

2. There is no equity for the estate in such property; and,

3. The subject property is of inconsequential value to the estate.

Said grounds will be supported by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: September 9, 2011                      DUDUGJIAN & MAXEY
                                                             A Law Corporation

By:    /s/ Edward A. Smith
         EDWARD A. SMITH
         Attorneys for Debtors